AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Washington

ADAM M.,

_____
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 18, 2025**

SEAN F. McAVOY, CLERK

Civil Action No.   4:25-cv-05061-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The parties' Stipulated Motion to Remand, ECF No. 10, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's brief, ECF No. 9, in TERMINATED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Edward F. Shea _____

Date:   9/18/2025 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____